Ching-Lee Fukuda (*pro hac vice*)
clfukuda@sidley.com
Sharon Lee (*pro hac vice*)
sharon.lee@sidley.com
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: +1 212 839 7364
Facsimile: +1 212 839 5599

*Additional counsel listed on signature page*

*Attorneys for Plaintiff CRANIAL TECHNOLOGIES, INC.*

Asheesh Paul Puri (SBN 297814)
apuri@nixonpeabody.com
**NIXON PEABODY LLP**
300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071-3151
Telephone: (213) 629-6152
Facsimile: (833) 495-4326

Sheila Mortazavi (*pro hac vice*)
smortazavi@haugpartners.com
Georg Reitboeck (*pro hac vice)*
greitboeck@haugpartners.com
Andrew Roper
aroper@haugpartners.com
**HAUG PARTNERS LLP**
745 Fifth Avenue,
New York, NY 10151
Telephone: (212) 588-0800
Facsimile*:* (212) 588-0500

*Attorneys for Defendants Ottobock SE & Co. KGaA, Active Life LLC, and Otto Bock HealthCare LP*

## UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

CRANIAL TECHNOLOGIES, INC.,

    Plaintiff,

    v.

OTTOBOCK SE & CO. KGAA, ACTIVE LIFE LLC, and OTTO BOCK HEALTHCARE LP

    Defendants.

Case No. 2:23-cv-02320-CBM-E

**JOINT REQUEST TO OBTAIN TRANSCRIPT OF SEALED PORTIONS OF PROCEEDING**

TO THE HONORABLE CONSUELO B. MARSHALL, JUDGE:

Plaintiff Cranial Technologies, Inc. ("Cranial Tech") and

Defendants Ottobock SE & Co. KGAA, Active Life LLC and Otto Bock

Healthcare LP (collectively, "Ottobock"), through their respective

appointed counsel, bring this joint request for an order authorizing the release to their respective counsel of the sealed portions of a transcript from the following proceeding:

| Document No. | Date of Proceeding | Nature of Proceeding | Court Reporter |
|---|---|---|---|
| DKT #126 | 11/7/2024 | Markman Hearing | Suzanne McKennon |

Portions of the transcript from the above proceeding contain information designated confidential by Defendants.[1]

---

[1] On April 29, 2026, the court reporter contacted Ottobock requesting that it move the Court to authorize the release of the sealed portions of the transcript to counsel. On April 29, 2026, the court reporter separately made the same request to Cranial Tech. Cranial Tech takes no position on whether the sealed information is in fact confidential or should remain sealed.

- 2 -

Dated:  May 11, 2026

Respectfully submitted,

By:  */s/ Ching-Lee Fukuda*

Ching-Lee Fukuda (*pro hac vice*)
clfukuda@sidley.com
Sharon Lee (*pro hac vice*)
sharon.lee@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: +1 212 839 7364
Facsimile: +1 212 839 5599

Leif E. Peterson II (*pro hac vice*)
leif.peterson@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: +1 312 853 7190
Facsimile: +1 312 853 7036

Douglas A. Axel (SBN 173814)
daxel@sidley.com
Brooke S. Boll (SBN 318372)
brooke.boll@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 896 6035
Facsimile: +1 213 896 6600

*Attorneys for Plaintiff Cranial Technologies, Inc.*

By:  */s/ Asheesh Paul Puri*

Asheesh Paul Puri (SBN 297814)
apuri@nixonpeabody.com
NIXON PEABODY LLP
300 South Grand Ave., Suite 4100
Los Angeles, CA 90071-3151
Telephone: (213) 629-6152
Facsimile: (833) 495-4326

Sheila Mortazavi (*pro hac vice*)
smortazavi@haugpartners.com
Georg Reitboeck (*pro hac vice*)
greitboeck@haugpartners.com
Andrew S. Roper *(pro hac vice)*
aroper@haugpartners.com
HAUG PARTNERS LLP
745 Fifth Avenue
New York, NY 10151
Telephone: 212-588-0800
Facsimile: 212-588-0500

*Attorneys for Defendants Ottobock SE & Co. KGaA, Active Life LLC, and Otto Bock Healthcare LP*

- 3 -