**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRANIAL TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>OTTOBOCK SE & CO. KGAA, ACTIVE LIFE LLC, and OTTO BOCK HEALTHCARE LP<br><br>    Defendants. | Case No. 2:23-cv-02320-CBM-E<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO OBTAIN TRANSCRIPT OF SEALED PORTIONS OF PROCEEDING** |

The Court hereby grants the parties' joint request for copies of the transcript containing sealed portions of the Markman Hearing proceeding held on November 7, 2024 to be released to the parties' respective counsel.

IT IS SO ORDERED.

Dated: _____    By: _____

                                              Hon. Consuelo B. Marshall