Sharon Lee (*pro hac vice*)
sharon.lee@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: +1 212 839 7364
Facsimile: +1 212 839 5599

*Additional counsel listed on signature page*

*Attorneys for Plaintiff*
*CRANIAL TECHNOLOGIES, INC.*

Sheila Mortazavi (*pro hac vice*)
smortazavi@haugpartners.com
Georg Reitboeck (*pro hac vice*)
greitboeck@haugpartners.com
HAUG PARTNERS LLP
745 Fifth Avenue
New York, NY 10151
Telephone: 212-588-0800
Facsimile: 212-588-0500

*Additional counsel listed on signature page*

*Attorneys for Defendants*
*OTTOBOCK SE & CO. KGaA, ACTIVE LIFE LLC, and OTTO BOCK HEALTHCARE LP*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CRANIAL TECHNOLOGIES, INC., | Case No. 2:23-cv-02320-CBM-E |
| Plaintiff, | Assigned to Hon. Consuelo B. Marshall |
| vs. | **JOINT NOTICE OF RESOLUTION AND MOTION TO STAY PENDING SETTLEMENT** |
| OTTOBOCK SE & CO. KGAA; et al., | |
| Defendants. | |

Plaintiff Cranial Technologies, Inc. ("Cranial Tech") and Defendants Ottobock SE & Co. KGaA, Active Life LLC, and Otto Bock Healthcare LP (collectively, "Ottobock") respectfully notify the Court that they have reached an agreement in principle that resolves this case. In furtherance of their agreement, the parties expect to promptly finalize their agreement and then stipulate to dismiss this action. Thus, the parties respectfully move the Court to enter an order staying all deadlines herein for thirty (30) days while they memorialize their resolution and file a stipulation of dismissal.

Dated: July 7, 2026                                  Respectfully submitted,


By:  /s/ Sharon Lee                          By:  /s/ Sheila Mortazavi

Sharon Lee (*pro hac vice*)                  Sheila Mortazavi (*pro hac vice*)
sharon.lee@sidley.com                        smortazavi@haugpartners.com
SIDLEY AUSTIN LLP                            Georg Reitboeck (*pro hac vice*)
787 Seventh Avenue                           greitboeck@haugpartners.com
New York, NY 10019                           Andrew S. Roper *(pro hac vice)*
Telephone: +1 212 839 7364                   aroper@haugpartners.com
Facsimile: +1 212 839 5599                   HAUG PARTNERS LLP
                                             745 Fifth Avenue
Leif E. Peterson II (*pro hac vice*)         New York, NY 10151
leif.peterson@sidley.com                     Telephone: 212-588-0800
SIDLEY AUSTIN LLP                            Facsimile: 212-588-0500
One South Dearborn
Chicago, IL 60603                            Asheesh Paul Puri (SBN 297814)
Telephone: +1 312 853 7190                   apuri@nixonpeabody.com
Facsimile: +1 312 853 7036                   NIXON PEABODY LLP
                                             300 South Grand Ave., Suite 4100
Douglas A. Axel (SBN 173814)                 Los Angeles, CA 90071-3151
daxel@sidley.com                             Telephone: (213) 629-6152
Brooke S. Boll (SBN 318372)                  Facsimile: (833) 495-4326
brooke.boll@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 896 6035
Facsimile: +1 213 896 6600

1

Ching-Lee Fukuda (*pro hac vice*)
clfukuda@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
Telephone: +1 212-468-8000
Facsimile: +1 212-468-7900

*Attorneys for Plaintiff Cranial Technologies, Inc.*

*Attorneys for Defendants Ottobock SE & Co. KGaA, Active Life LLC, and Otto Bock Healthcare LP*

2

## ATTESTATION PURSUANT TO CIVIL L.R. 5-1(h)(3)

Pursuant to Civil L.R. 5-4.3.4(a)(2), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

/s/ Sharon Lee
Sharon Lee