**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CRANIAL TECHNOLOGIES, INC., | Case No. 2:23-cv-02320-CBM-E |
| Plaintiff, | Assigned to Hon. Consuelo B. Marshall |
| vs. | **ORDER GRANTING THE PARTIES' JOINT MOTION TO STAY PENDING SETTLEMENT [309]** |
| OTTOBOCK SE & CO. KGAA; et al., | |
| Defendants. | |

1

## ORDER

The Court, having read and considered the parties' Joint Notice of Resolution and Motion to Stay Pending Settlement, and for good cause shown, hereby **ORDERS** that the Joint Notice of Resolution and Motion to Stay Pending Settlement be **GRANTED**. It is therefore **ORDERED** that all deadlines in the case are stayed for thirty (30) days pending finalization of the parties' settlement. The parties shall file a stipulation to dismiss or joint status report re: stay/settlement no later than August 7, 2026.

**IT IS SO ORDERED.**

Dated: July 10, 2026                    By: _____
                                              Consuelo B. Marshall
                                              United States District Judge

2