JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

CRANIAL TECHNOLOGIES, INC.,

Plaintiff,

vs.

OTTOBOCK SE & CO. KGAA; et al.,

Defendants.

Case No. 2:23-cv-02320-CBM-Ex

Assigned to Hon. Consuelo B. Marshall

**ORDER GRANTING THE PARTIES' JOINT STIPULATION OF DISMISSAL**

The Court, having read and considered the parties' Stipulation of Dismissal, hereby **ORDERS:**

1. Pursuant to Fed. R. Civ. P. 41, Plaintiff's First Amended Complaint is dismissed in its entirety with prejudice, with each party to bear its own costs, expenses and attorney's fees.

2. The parties waive any right of appeal from this Order.

///

///

///

///

3. The Court retains jurisdiction over the parties to enforce the terms of this Order and the Settlement, on motion of either party.

**IT IS SO ORDERED.**

Dated: September 14, 2026 By: ______________________

Hon. Consuelo B. Marshall
United States District Judge